UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARVIN WALLACE, | | Case No. 3:18-cv-00335-MMD-VPC |
| | Plaintiff, | ORDER |
| v. | | |
| G. MARTIN, *et al.*, | | |
| | Defendants. | |

Plaintiff, a *pro se* prisoner, previously submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) The Court has not yet screened the Complaint.

Plaintiff now files a motion for voluntary dismissal. (ECF No. 4.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 4) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 7th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE